**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JAVIER DIAZ-RAMOS,

*Petitioner,*

v.

ALBERTO R. GONZALES,* Attorney
General,

*Respondent.*

No. 02-71208

Agency No.
A75-482-334

ORDER

Filed April 13, 2005

Before: Alfred T. Goodwin, Robert R. Beezer, and
Diarmuid F. O'Scannlain, Circuit Judges.

---

## ORDER

In light of *Lanza v. Ashcroft*, 389 F.3d 917 (9th Cir. 2004),
the motion of the Attorney General to remand this case to the
Board of Immigration Appeals for a clarification of the
grounds for its affirmance of the Immigration Judge's denial
of Diaz-Ramos' cancellation of removal application is
GRANTED. This Court will not entertain any further appeals
by petitioner concerning whether his removal would result in
exceptional and extremely unusual hardship to his United
States citizen children. 8 U.S.C. § 1252(a)(2)(b); *see Romero-
Torres v. Ashcroft*, 327 F.3d 887, 888 (9th Cir. 2003).

The case, presently set for oral argument on April 15, 2005,

---

*Alberto R. Gonzales is substituted for his predecessor, John Ashcroft,
as Attorney General of the United States, pursuant to Fed. R. App. P.
43(c)(2).

in San Francisco, California, is removed from the oral argument calendar.

VACATED and REMANDED.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2005 Thomson/West.